FEHRING VS. SWINEFORD.

*Notice of Appeal.*

1. An appeal from a judgment must be dismissed if it appears that when notice of such appeal was given, the judgment had not been entered.
2. A single notice of appeal from both an order and a judgment is bad.

APPEAL from the Circuit Court for *Fond du Lac* County.

*George H. Frances,* for plaintiff and respondent, moved to dismiss the appeal.

*Knowles & Babcock, contra.*

DIXON, C. J. Counsel for the plaintiff objects that the appeal taken by the defendant is not valid, and should be dismissed. The notice is of an appeal "from the judgment and order of the circuit court, entered on the twenty-fifth day of January, 1873." The undertaking is as upon an appeal from a judgment. The objection urged is, that no judgment had been entered at the time the appeal was taken. An examina-

tion of the record shows no judgment; and of course the appeal must fail on that ground, if there was no other defect. But the notice of appeal is faulty in being both from a judgment and an order.* Such a notice is bad; and the appeal cannot, for this reason as well as the other, be sustained. *Noble v. Strachan*, 32 Wis., 314, and cases cited.

*By the Court.*— Appeal dismissed.

33  551
76   26
33  551
80  488

5. The owner of the certificate, out of possession, in the case above stated, having a plain, adequate remedy at law, equity will not interfere at his suit.

6. In an equitable suit to remove a cloud upon title, and in an action to quiet title under sec. 29, ch. 141, R. S., the plaintiff must be in *actual possession* of the land; but whether in both actions he must also have the *legal title*, it was not necessary to decide in this case.

---

* The order referred to *seems* to have been one denying a new trial, after a verdict for the plaintiff. REP.